| Attorney or Party without Attorney:<br>Aileen M. Hunter, Esq. (SBN 253162)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>1920 MAIN STREET, SUITE 1000<br>IRVINE, CA 92614<br>Telephone No:  949-223-7000 | | For Court Use Only |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:<br>3012977.000001/015804 | |

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| Plaintiff:  NIFTY TECHNOLOGIES, INC., a New York corporation<br>Defendant:  MANGO TECHNOLOGIES, INC., a Delaware corporation, d/b/a CLICKUP | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:24-cv-00194-JLS-AHG |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff Nifty Technologies, Inc.'s Demand for Jury Trial; Corporate Disclosure Statement of Plaintiff Nifty Technologies, Inc.; Notice of Party with Financial Interest by Plaintiff Nifty Technologies, Inc.

3.  *a.  Party served:*      MANGO TECHNOLOGIES, INC., a Delaware corporation, d/b/a CLICKUP
    *b.  Person served:*    Derek Dahlin, Agent for Service of Process / Served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    4432 33RD ST, San Diego, CA 92116

5.  *I served the party:*
    a. **by personal service. I** personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 01 2024 (2) at: 07:05 PM

6. *Person Who Served Papers:*
   a. Jordan Green (3577, San Diego County)          **d.** *The Fee* for Service was: $157.03
   **b. FIRST LEGAL**
     600 W. Santa Ana Blvd., Ste. 101
     SANTA ANA, CA 92701
   c. (714) 541-1110

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

02/06/2024
(Date)

*(Signature)*



**PROOF OF
SERVICE**

*10355642*
*(12015512)*